U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 9 2005
CLERK, U.S. DISTRICT COURT
By
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELMER R. LINDSEY, § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 3:04-CV-0279-N |
| COMMISSIONER OF SOCIAL SECURITY, § § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's *Motion for Summary Judgment*, filed June 7, 2004, is DENIED, Defendant's *Motion for Summary Judgment*, filed August 6, 2004, is GRANTED, and the decision of the Commissioner is AFFIRMED. .

SO ORDERED.

DATED:   July 29, 2005.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE